Gregory A. ROBERTSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42037.

Missouri Court of Appeals, Western District.

Dec. 19, 1989.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM:

Appellant appeals from the denial, after an evidentiary hearing, of his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).